CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Yoandry Piedra-More**<br>DOB: 1984; Cuba | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02580MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 5, 2025, in the District of Arizona, **Yoandry Piedra-More**, knowing and in reckless disregard of the fact that certain illegal aliens, including Yunior Geovany Ambrocio-Ambrocio, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 5, 2025, in the District of Arizona (Ajo), Border Patrol Agents (BPAs) were performing duties on State Route (SR) 85 near mile marker 77. Mile marker 77 is approximately three miles north of the border and SR 85 passes through the port of entry in Lukeville, Arizona. Very few people live in Lukeville and the majority of vehicle traffic in the area is United States citizens travelling to and from Mexico for vacation. The traffic flow is south into Mexico on Fridays and back north on Sundays. Smuggling organizations commonly use this area to pick up illegal aliens and blend in with legitimate Sunday traffic travelling north on SR 85. At approximately 7:15 p.m., a Mobile Surveillance Capability (MSC) truck operator observed a vehicle driving slowly north on SR 85 and then stop on the side of the highway near mile marker 79. The MSC operator observed multiple individuals run out of the desert brush and enter the passenger side of the vehicle. The vehicle then continued north as the MSC operator maintained visual. BPAs at mile marker 77 observed a white 2019 Nissan Altima approach their position and confirmed that it was the same vehicle seen by the MSC operator. BPAs followed behind the Altima as it varied its speed and travelled below the posted speed limit, which is commonly seen in smuggling events. Record checks on the Altima returned out of Mesa, Arizona and indicated that the vehicle had not crossed the border. At approximately 7:42 p.m., BPAs initiated a vehicle stop near mile marker 58 but the Altima failed to yield. BPAs pursued the Altima and near mile marker 56, the vehicle pulled to the side of the road and several individuals exited the vehicle and ran into the desert. As BPAs exited their vehicle and approached the Altima, it reentered the roadway and sped away. BPAs, with assistance of a BPA K9 unit, tracked the individuals that fled from the Altima and apprehended two subjects nearby. An immigration inspection was performed on the two individuals, including Yunior Geovany Ambrocio-Ambrocio, and BPAs determined them to be citizens of Guatemala and Mexico illegally present in the United States. Record checks revealed that Yunior Geovany Ambrocio-Ambrocio does not possess the proper documentation to enter, pass through, or remain in the United States legally. The BPA K9 bit Yunior Geovany Ambrocio-Ambrocio during the apprehension. Ambrocio-Ambrocio did not appear to be badly hurt, and he declined medical attention. As the Altima continued north on SR 85, BPAs deployed a vehicle immobilization device and successfully spiked the vehicle, and it pulled into the Chevron gas station parking lot near Why, Arizona. BPAs noticed that the left front tire was flat. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Yunior Geovany Ambrocio-Ambrocio

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 6, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.**                                                      25-02580MJ

When the Altima stopped, a male wearing a white shirt exited the driver's door as BPAs gave him commands to get on the ground. The male driver, identified as **Yoandry Piedra-More**, was determined to be a citizen of Cuba and taken into custody.

Material witness Yunior Geovany Ambrocio-Ambrocio stated that he is a citizen of Guatemala and that his cousin paid an unknown amount of money for him to be smuggled into the United States. He crossed the border through a flood gate with four other individuals including a guide and walked for approximately four hours until he reached a highway. He waited near the highway for approximately five minutes until a white four door sedan arrived and the guide told him to enter the vehicle. When he entered the vehicle, the driver told him to hide. The vehicle drove north for approximately 20 minutes until the Border Patrol attempted a traffic stop. Before the vehicle came to a stop, the driver told the people in the vehicle to get out and run. Ambrocio-Ambrocio exited the vehicle, ran, and was apprehended shortly after. Ambrocio-Ambrocio was able to identify **Yoandry Piedra-More** as the driver of the vehicle through a six-pack photo lineup.